# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JANICE LEGETTE-EDWARDS,**

      **Plaintiff,**

vs.                      **CASE NUMBER: 5:06-cv-892**

**JOHN GOSSIN,**

      **Defendant.**

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the jury having returned a verdict of no cause of action as against the defendant, all claims against Defendant John Gossin are hereby dismissed.

    All of the above pursuant to the jury verdict rendered on September 22, 2010 before the Honorable Judge Glenn T. Suddaby.

DATED: September 22, 2010

                                                *Clerk of Court*

                                                s/
                                                L. Welch
                                                Deputy Clerk